# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SARA CUARESMA,**
Appellant,

v.

**PALM BEACH COUNTY SCHOOL BOARD,**
Appellee.

No. 4D20-458

[March 11, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502015CA009967.

Melissa C. Mihok of CPLS, P.A., Orlando, for appellant.

Sean Fahey, Office of General Counsel, The School Board of Palm Beach County, Florida, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***